RADER, Chief Judge, BRYSON and REYNA, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

LOURIE, PLAGER, and DYK, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered,

it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## Jerome A. MAHER and John R. Gravee, Plaintiffs–Appellants,

v.

## UNITED STATES, Defendant–Appellee.

### No. 2010–5130.

United States Court of Appeals, Federal Circuit.

Dec. 12, 2011.

## In re THREE–DIMENSIONAL MEDIA GROUP, LTD.

### No. 2011–1055.
### (Reexamination No. 90/007,578).

United States Court of Appeals, Federal Circuit.

Dec. 12, 2011.

John O. Touhy, of Chicago, IL, argued for plaintiffs-appellants.

Vincent D. Phillips, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Michael F. Hertz, Deputy Assistant Attorney General, Jeanne E. Davidson, Director, Kenneth M. Dintzer, Assistant Director.

Seth H. Ostrow, Ostrow Kaufman, LLP, of New York, NY, argued for the appellant. With him on the brief were Matthew L. Kaufman was Antonio Papageorgiou.

William Lamarca, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for the appellee. With him on the brief were Raymond T. Chen, Solicitor, and Scott Weidenfeller, Associate Solicitor.

LOURIE, PLAGER, and DYK, Circuit Judges.